MICHAEL G. KING (SBN 145477)
SUSAN J. WILLIAMS (SBN 82976)
**HENNELLY & GROSSFELD LLP**
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Telephone: (310) 305-2100
Facsimile: (310) 305-2116
mking@hgla.com
swilliams@hgla.com

Attorneys for Plaintiff
MOVE, INC.

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP GLOBAL MARKETS, INC., <br><br> Defendant. | CASE NO.: 14-04418 JFW (Ex) <br><br> Assigned to: Honorable John F. Walter <br><br> **JUDGMENT AND ORDER GRANTING PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD AND ORDERING A REHEARING BEFORE FINRA** <br><br> Action Filed: June 9, 2014 <br> Trial: None |

Pursuant to the opinion and mandate of the United States Court of Appeals for the Ninth Circuit, *Move, Inc. v. Citigroup Global Markets, Inc.*, No. 14-56650, reversing this Court's judgment in part and remanding this case for entry of judgment in favor of Move, Inc. ("Move"), this Court enters judgment in favor of Move and ORDERS as follows:

 1. Move's Motion to Vacate Arbitration Award is GRANTED;

 2. Pursuant to Title 9 U.S.C. § 10(b), this Court orders a REHEARING of the arbitration before FINRA; and

 3. Move is awarded costs of $273.20.

DATED: January 23, 2017

_____
Hon. John F. Walter
United States District Court Judge
Central District of California

{00263751 } 1

JUDGMENT AND ORDER
Case No.: 14-04418 JFW(Ex)